**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

MIDDLE DISTRICT OF FLORIDA

Case number *(if known)* _____    Chapter    **11**

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy     4/16

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**
**For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | **International Iron, LLC** |
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **27-2902465** |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **2325 Clark Street** **Apopka, FL 32703** Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Orange** County | **Location of principal assets, if different from principal place of business** Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL) _____

6. **Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor    **International Iron, LLC**
_____
Name

Case number (*if known*) _____

---

**7.** **Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

<u>4234</u>

---

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply*:

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

■ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

---

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| | District _____ | When _____ | Case number _____ |
|---|---|---|---|
| | District _____ | When _____ | Case number _____ |

---

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

■ No

☐ Yes.

| | Debtor _____ | | Relationship _____ |
|---|---|---|---|
| | District _____ | When _____ | Case number, if known _____ |

---

**Voluntary Petition for Non-Individuals Filing for Bankruptcy**

| Debtor | **International Iron, LLC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**11. Why is the case filed in this district?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
What is the hazard?

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other

**Where is the property?**
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency
Contact name
Phone

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

■ 1-49  ☐ 1,000-5,000  ☐ 25,001-50,000
☐ 50-99  ☐ 5001-10,000  ☐ 50,001-100,000
☐ 100-199  ☐ 10,001-25,000  ☐ More than100,000
☐ 200-999

**15. Estimated Assets**

☐ $0 - $50,000  ■ $1,000,001 - $10 million  ☐ $500,000,001 - $1 billion
☐ $50,001 - $100,000  ☐ $10,000,001 - $50 million  ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000  ☐ $50,000,001 - $100 million  ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million  ☐ $100,000,001 - $500 million  ☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000  ■ $1,000,001 - $10 million  ☐ $500,000,001 - $1 billion
☐ $50,001 - $100,000  ☐ $10,000,001 - $50 million  ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000  ☐ $50,000,001 - $100 million  ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million  ☐ $100,000,001 - $500 million  ☐ More than $50 billion

| Debtor | **International Iron, LLC** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

| | **Request for Relief, Declaration, and Signatures** |

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **February 1, 2019**
                MM / DD / YYYY

X **/s/ Jon M. Hall, Jr.**                          **Jon M. Hall, Jr.**
Signature of authorized representative of debtor     Printed name

Title    **Manager**

**18. Signature of attorney**

X **/s/ C. Andrew Roy**                 Date **February 1, 2019**
Signature of attorney for debtor             MM / DD / YYYY

**C. Andrew Roy 91629**
Printed name

**Winderweedle Haines Ward & Woodman PA**
Firm name

**PO Box 880**
**Winter Park, FL 32790-0880**
Number, Street, City, State & ZIP Code

Contact phone  **407-423-4246**    Email address  **aroy@whww.com**

**91629 FL**
Bar number and State

**Fill in this information to identify the case:**

Debtor name        **International Iron, LLC**

United States Bankruptcy Court for the:        MIDDLE DISTRICT OF FLORIDA

Case number (if known)        _____

☐ Check if this is an
amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on        **February  1, 2019**            X **/s/ Jon M. Hall, Jr.**
                                                        Signature of individual signing on behalf of debtor

                                                        **Jon M. Hall, Jr.**
                                                        Printed name

                                                        **Manager**
                                                        Position or relationship to debtor

Official Form 202                        **Declaration Under Penalty of Perjury for Non-Individual Debtors**

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **International Iron, LLC** |
| United States Bankruptcy Court for the: | **MIDDLE DISTRICT OF FLORIDA** |
| Case number (if known): | _____ |

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **American Express PO Box 650448 Dallas, TX 75265-0448** | | **Credit card purchases** | | | | $131.00 |
| **CDK Global 4600 Montgomery Road Cincinnati, OH 45212** | | **dealer system equipment/lease** | | | | $5,911.47 |
| **CDK Global 4600 Montgomery Road Cincinnati, OH 45212** | | **3417477 ASP Router PFW Basic; 2271656 WS-C2960-48TC-S MO SVC; 2271680 ASA5505 W/25IPSEC MO SVC; 2271762 APC UPS 1000VA 2U MO SVC; 2271847 HP V1410-8 S** | | **Unknown** | **Unknown** | **Unknown** |
| **Clear Channel Outdoor PO Box 402379 Atlanta, GA 30384-2379** | | **Contract for billboard** | | | | $18,172.85 |
| **Deutsche Leasing 190 S. Lasalle Street Suite 2150 Chicago, IL 60603** | **accounting@deutsche-leasing.com** | **L-139 Liebherr Dozer; L-140 Liebherr L586 X Power; L-101Dozer w/6 Way Blade; L-134 Excavator; L-135 Liebherr Dozer; L-136 Liebherr Dozer** | **Unliquidated Disputed** | **$1,174,496.51** | **$1,099,870.48** | **$74,626.03** |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

Debtor  **International Iron, LLC**

Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Earthmovers Construction 2325 Clark Street Orlando, FL 32819 | | Trade debt | | | | **$4,223.96** |
| Liebherr 4100 Chestnut Ave. Newport News, VA 23607 | | Trade debt | **Disputed** | | | **$78,522.53** |
| National Equipment Dealers Dept. 720049 PO Box 1335 Charlotte, NC 28201-1335 | | Trade debt | | | | **$5,182.85** |
| Orange County Tax Collector PO Box 545100 Orlando, FL 32854 | | unpaid tangible taxes | | **$85,845.45** | **$0.00** | **$85,845.45** |
| Reunion Bank 3615 Clyde Morris Blvd. Port Orange, FL 32129 | | All inventory, equipment, accounts, chattel paper, and general intangibles; See Exhibits A and B attached hereto | **Unliquidated** | **$1,178,674.93** | **$131,344.87** | **$1,047,330.06** |
| Sany Capital USA 318 Cooper Cir. Peachtree City, GA 30269 | sliu@sanyamerica. com | Heavy equipment machines - Serial numbers: (S-150) SY0016BG12388 | **Unliquidated** | **$657,743.25** | **$3,659.46** | **$654,083.79** |
| Whitehead PO Box 940096 Maitland, FL 32794-0096 | | Insurance Invoices | | | | **$3,518.00** |
| Withum PO Box 5340 Princeton, NJ 08543 | | Professional services | | | | **$9,035.00** |

**Fill in this information to identify the case:**

Debtor name     **International Iron, LLC**

United States Bankruptcy Court for the:     MIDDLE DISTRICT OF FLORIDA

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals

12/15

| Part 1: | Summary of Assets |
|---|---|

1. ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

   **1a. Real property:**
   Copy line 88 from *Schedule A/B*.................................................................................................... $        0.00

   **1b. Total personal property:**
   Copy line 91A from *Schedule A/B*.................................................................................................. $        1,922,795.82

   **1c. Total of all property:**
   Copy line 92 from *Schedule A/B*..................................................................................................... $        1,922,795.82

| Part 2: | Summary of Liabilities |
|---|---|

2. ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*................................... $        3,463,822.83

3. ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

   **3a. Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*........................................................... $        0.00

   **3b. Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*................................ +$        124,697.66

4. Total liabilities ........................................................................................................................................
   Lines 2 + 3a + 3b     $        3,588,520.49

**Fill in this information to identify the case:**

Debtor name    **International Iron, LLC**

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF FLORIDA

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:    Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3.   **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Reunion Bank** | **Checking Account** | 7449 | $14,957.21 |
| 3.2. | **Reunion Bank** | **Payroll Account** | 4592 | $0.00 |

4.   **Other cash equivalents** *(Identify all)*

5.   **Total of Part 1.**
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| $14,957.21 |
|---|

### Part 2:    Deposits and Prepayments

6. **Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
■ Yes Fill in the information below.

7.   **Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit

| 7.1. | **Cost deposit for Kubota litigation held by Byrd Campbell, P.A.** | $2,500.00 |
|---|---|---|

8.   **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | **International Iron, LLC** | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

9.  **Total of Part 2.**

Add lines 7 through 8. Copy the total to line 81.

$2,500.00

---

**Part 3:**    Accounts receivable

**10. Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

11.  **Accounts receivable**

11a. 90 days old or less:

| 12,511.48 | - | 0.00 | = .... | $12,511.48 |
|---|---|---|---|---|
| face amount | | doubtful or uncollectible accounts | | |

11b. Over 90 days old:

| 308,901.46 | - | 154,450.73 | =.... | $154,450.73 |
|---|---|---|---|---|
| face amount | | doubtful or uncollectible accounts | | |

12.  **Total of Part 3.**

Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

$166,962.21

---

**Part 4:**    Investments

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

---

**Part 5:**    Inventory, excluding agriculture assets

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19.  **Raw materials** | | | | |
| 20.  **Work in progress** | | | | |
| 21.  **Finished goods, including goods held for resale** | | | | |
| 22.  **Other inventory or supplies** **Parts inventory as listed on Exhibit B attached hereto** | | $29,525.24 | Recent cost | $29,525.24 |

23.  **Total of Part 5.**

Add lines 19 through 22.  Copy the total to line 84.

$29,525.24

24.  **Is any of the property listed in Part 5 perishable?**
■ No
☐ Yes

25.  **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | **International Iron, LLC** | | Case number (If known) | |
|---|---|---|---|---|
| | Name | | | |

- ■ No
- ☐ Yes. Book value _____ Valuation method _____ Current Value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
- ■ No
- ☐ Yes

---

**Part 6:    Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

- ☐ No.  Go to Part 7.
- ■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28. **Crops-either planted or harvested** | | | |
| 29. **Farm animals** *Examples: Livestock, poultry, farm-raised fish* | | | |
| 30. **Farm machinery and equipment** *(Other than titled motor vehicles)* | | | |
| **Heavy Equipment and attachments as listed on Exhibit A attached hereto** | $101,819.63 | cost minus dep. | $101,819.63 |
| **Mobile Lube Skid 2016** | $11,125.60 | cost minus dep. | $7,000.00 |
| **DM-16 Wheel Loader, BB-120 Broom Truck with Kubota Engine, L-105 Wheel Loader with QC** | $468,572.16 | | $468,572.16 |
| **L-139 Liebherr Dozer; L-140 Liebherr L586 X Power; L-101Dozer w/6 Way Blade; L-134 Excavator; L-135 Liebherr Dozer; L-136 Liebherr Dozer** | $1,099,870.48 | | $1,099,870.48 |
| **Heavy equipment machines - Serial numbers: (S-150) SY0016BG12388** | $3,659.46 | | $3,659.46 |

31. **Farm and fishing supplies, chemicals, and feed**

32. **Other farming and fishing-related property not already listed in Part 6**

33. **Total of Part 6.**

   Add lines 28 through 32.  Copy the total to line 85.

   | $1,680,921.73 |
   |---|

34. **Is the debtor a member of an agricultural cooperative?**
- ■ No
- ☐ Yes.  Is any of the debtor's property stored at the cooperative?
    - ☐ No
    - ☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**
- ■ No
- ☐ Yes. Book value _____ Valuation method _____ Current Value _____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **International Iron, LLC** | Case number *(If known)* _____ |
|---|---|---|
| | Name | |

■ No
☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39.    **Office furniture** | | | |
| 40.    **Office fixtures** | | | |
| 41.    **Office equipment, including all computer equipment and communication systems equipment and software** **3417477 ASP Router PFW Basic; 2271656 WS-C2960-48TC-S MO SVC; 2271680 ASA5505 W/25IPSEC MO SVC; 2271762 APC UPS 1000VA 2U MO SVC; 2271847 HP V1410-8 Switch MO SVC; 4941087 Technician Bundle; 4941217 Payroll Plus; 4941224 Rental Movement Bundle; 4941426 ID Mobileaccess 2.0; 4941451 Intellidealer Bundle** | **Unknown** | | **Unknown** |

42.    **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork;
       books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card
       collections; other collections, memorabilia, or collectibles

43.    **Total of Part 7.**
       Add lines 39 through 42.  Copy the total to line 86.

       **$0.00**

44.    **Is a depreciation schedule available for any of the property listed in Part 7?**
       ■ No
       ☐ Yes

45.    **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

■ No.  Go to Part 9.
☐ Yes Fill in the information below.

| Part 9: | Real property |
|---|---|

54. **Does the debtor own or lease any real property?**

■ No.  Go to Part 10.
☐ Yes Fill in the information below.

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

| Debtor | **International Iron, LLC** | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** trademark on logo | $0.00 | | $0.00 |
| 61. **Internet domain names and websites** | | | |
| 62. **Licenses, franchises, and royalties** | | | |
| 63. **Customer lists, mailing lists, or other compilations** | | | |
| 64. **Other intangibles, or intellectual property** Loan closing cost | $5,620.35 | cost minus amort | $5,620.35 |
| 65. **Goodwill** | | | |

| 66. **Total of Part 10.** | | $5,620.35 |
|---|---|---|
| Add lines 60 through 65. Copy the total to line 89. | | |

**67. Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107?
☐ No
■ Yes

**68. Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
■ No
☐ Yes

**69. Has any of the property listed in Part 10 been appraised by a professional within the last year?**
■ No
☐ Yes

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
■ Yes Fill in the information below.

| | Current value of debtor's interest |
|---|---|
| 71. **Notes receivable** Description (include name of obligor) | |
| 72. **Tax refunds and unused net operating losses (NOLs)** Description (for example, federal, state, local) | |
| **2018 Sales Tax Refund - estimated**    Tax year | $22,309.08 |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

Debtor   **International Iron, LLC**_____   Case number *(If known)* _____
      Name

**73.**    **Interests in insurance policies or annuities**

      **general liability insurance**_____                 **$0.00**

---

**74.**    **Causes of action against third parties (whether or not a lawsuit has been filed)**
      **International Iron, LLC vs Kubota Tractor Corporation**
      **Case No.:  6:18-cv-02086**
      **United States District Court**
      **Middle District of Florida**
      **Orlando Division**                          **Unknown**

| | |
|---|---|
| **Nature of claim** | **Breach of Contract/Violation of Statutes/Punitive Damages** |
| **Amount requested** | **$10,155,594.00** |

---

      **Potential claim against Deutsche Leasing for failure to liquidate collateral at all or in a commercially reasonable manner**         **Unknown**

| | |
|---|---|
| **Nature of claim** | |
| **Amount requested** | **$0.00** |

---

      **International Iron, LLC v AMCO Development, Inc.**
      **2018-CC-010206-O**
      **County Court, Orange County, FL**
      **425 N. Orange Avenue**
      **Orlando, FL  32801**                      **Unknown**

| | |
|---|---|
| **Nature of claim** | **collection** |
| **Amount requested** | **$0.00** |

---

      **International Iron, LLC v CKE Corp**
      **2018-CA-008320-O**
      **Circuit Court, Orange County, Florida**
      **425 N. Orange Avenue**
      **Orlando, FL  32801**                      **Unknown**

| | |
|---|---|
| **Nature of claim** | **collection** |
| **Amount requested** | **$0.00** |

---

      **International Iron, LLC v Dirty Work**
      **2018-CC-010212-O**
      **County Court, Orange County, Florida**
      **425 N. Orange Avenue**
      **Orlando, FL  32801**                      **Unknown**

| | |
|---|---|
| **Nature of claim** | **collection** |
| **Amount requested** | **$0.00** |

---

      **International Iron, LLC v Eastwood Tuff Turf of Central Florida, Inc.**
      **2018-SC-020268-O**
      **Small Claims, Orange County, FL**
      **425 N. Orange Avenue**
      **Orlando, FL 32801**                      **Unknown**

| | |
|---|---|
| **Nature of claim** | **collection** |
| **Amount requested** | **$0.00** |

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com         Best Case Bankruptcy

Debtor    **International Iron, LLC**                                    Case number *(If known)* _____
_____
Name

**International Iron, LLC v Florida Oaks Mulch, LLC**
**2018-CA-008327-O**
**Circuit Court, Orange County, FL**
**425 N. Orange Avenue**
**Orlando, FL 32801**                                                                      Unknown

| Nature of claim | collection |
| Amount requested | $0.00 |

**International Iron, LLC v R C Johnston & Son, Inc.**
**2018-CC-010215-O**
**County Court, Orange County, FL**
**425 N. Orange Avenue**
**Orlando, FL  32801**                                                                     Unknown

| Nature of claim | collection |
| Amount requested | $0.00 |

**International Iron, LLC v Sterling Silver Scape & Sod,**
**Inc.**
**2018-CC-10214-O**
**County Court, Orange County, FL**
**425 N. Orange Avenue**
**Orlando, FL  32801**                                                                     Unknown

| Nature of claim | collection |
| Amount requested | $0.00 |

75.    **Other contingent and unliquidated claims or causes of action of**
       **every nature, including counterclaims of the debtor and rights to**
       **set off claims**

76.    **Trusts, equitable or future interests in property**

77.    **Other property of any kind not already listed** *Examples:* Season tickets,
       country club membership

78.    **Total of Part 11.**                                                               $22,309.08

       Add lines 71 through 77. Copy the total to line 90.

79.    **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                                   Best Case Bankruptcy

| Debtor | **International Iron, LLC** | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $14,957.21 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $2,500.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $166,962.21 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $29,525.24 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $1,680,921.73 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.....................................................................>* | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $5,620.35 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $22,309.08 | |
| 91. **Total.** Add lines 80 through 90 for each column | $1,922,795.82 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $1,922,795.82 |

## EXHIBIT A
## EQUIPMENT FOR RESALE

| STOCK # | GROUP | DESCRIPTION | SERIAL # | CURR COST | NBV |
|---|---|---|---|---|---|
| B-184 | ATTACHMENT | 72" Bucket SSL QC .85yd | K7172 | 1,716.08 | 1,716.08 |
| B-233 | ATTACHMENT | 12" PIN ON BKT | K7780A | 573.84 | 573.84 |
| B-259 | ATTACHMENT | 36" Q Exc Rake | K7463 | 2,900.82 | 2,900.82 |
| B-261 | ATTACHMENT | 36" QA Trenching BKT - U55/KX0 | K7921 | 1,293.24 | 1,293.24 |
| B-303 | ATTACHMENT | 30" Pin-On Trenching Bucket | K7797 | 1,079.87 | 1,079.87 |
| B-305 | ATTACHMENT | 24" Pin-On Trenching Bucket | K7796 | 994.13 | 994.13 |
| B-306 | ATTACHMENT | 24" Pin-On Trenching Bucket | K7796 | 996.26 | 996.26 |
| B-339 | ATTACHMENT | 9" QA Bucket | K7975 | 598.29 | 598.29 |
| B-373 | ATTACHMENT | Exc Gen pur bkt | X/GPB-4600602.750S16 | 7,990.00 | 7,990.00 |
| B-375 | ATTACHMENT | 54" QA Tilt Grading BKT | K7444 | 5,815.52 | 5,815.52 |
| B-377 | ATTACHMENT | 18" QA Trenching Bkt | K7918 | 900.60 | 900.60 |
| B-379 | ATTACHMENT | 30" QA trenching | K7920 | 1,159.00 | 1,159.00 |
| B-380 | ATTACHMENT | 36" QA Trenching BKT | K7921 | 1,293.52 | 1,293.52 |
| B-382 | ATTACHMENT | 18" QA Trenching Bkt | K7918 | 900.60 | 900.60 |
| B-390 | ATTACHMENT | 24" Trenching Bkt | K7791 | 836.76 | 836.76 |
| B-420 | ATTACHMENT | 24" Pin-On Trenching Bucket | K7796 | 965.96 | 965.96 |
| B-437 | ATTACHMENT | 18" QA Trenching BKT | K7978 | 810.92 | 810.92 |
| B-442 | ATTACHMENT | 74" hvy duty lw pr std fl TEET | AP-HD74LT | 1,300.72 | 1,300.72 |
| B-445 | ATTACHMENT | 24" QA Bucket | K7427 | 1,675.80 | 1,675.80 |
| B-459 | ATTACHMENT | 18" Pin-On Trenching Bucket | K7794 | 1,105.04 | 1,105.04 |
| B-461 | ATTACHMENT | 72" Bucket EURO QC | K7182 | 1,716.08 | 1,716.08 |
| B-462 | ATTACHMENT | 18" Pin-On Trenching Bkt - U2 | K7790 | 783.56 | 783.56 |
| B-499 | ATTACHMENT | MANUAL - PIN THUMB | PNHH-5673-0117M | 47.50 | 47.50 |
| B-500 | ATTACHMENT | Exc Gen pur bkt | X/GPB-4620-421.50117 | 47.50 | 47.50 |
| B-507 | ATTACHMENT | 54" Gen Purp Bucket - 936 | X/GPB-4628-54-250317 | 7,250.00 | 7,250.00 |
| B-511 | ATTACHMENT | 18" QA Bucket | NA | 900.97 | 900.97 |
| B-522 | ATTACHMENT | EB-624 24" QA SY35 | 39061 | 721.00 | 721.00 |
| B-523 | ATTACHMENT | EB-618 18"pin SY35 | 39061 | 661.00 | 661.00 |
| B-532 | ATTACHMENT | 74" LIGHT MATERIAL BUCKET | K7173 | 1,560.28 | 1,560.28 |
| B-533 | ATTACHMENT | 74" BUCKET SSL QC 1.5yd | K7175 | 1,910.64 | 1,910.64 |
| B-549 | ATTACHMENT | 36" PIN-ON BKT KX080 | K7419 | 2,074.80 | 2,074.80 |
| C-149 | ATTACHMENT | QC BROOM ATTACHMENT / & HARNES | 1502056 | 5,324.28 | 5,324.28 |
| C-203 | ATTACHMENT | Utility Fork w/ 72" Tines | UF-38S1-72/96-0815 | 6,120.00 | 6,120.00 |
| C-361 | ATTACHMENT | 18X52 MAN THUMB | HNHH-5629-18/521116M | 2,050.00 | 2,050.00 |
| C-498 | ATTACHMENT | TREE BOOM-SKID STYLE | NA | 850.00 | 850.00 |
| C-499 | ATTACHMENT | TREE BOOM-SKID STYLE | NA | 850.00 | 850.00 |
| C-500 | ATTACHMENT | TREE BOOM-SKID STYLE | NA | 850.00 | 850.00 |
| C-510 | ATTACHMENT | Hyd Thumb | PNHH-5674-0117H | 47.50 | 47.50 |
| C-523 | ATTACHMENT | TREE BOOM-SKID STYLE | NA | 850.00 | 850.00 |
| C-542 | ATTACHMENT | 24" QA Trenching Bucket | K7919 | 999.06 | 999.06 |
| C-623 | ATTACHMENT | PALLET FORK ASSY. 48" - EURO Q | K7186 | 1,554.07 | 1,554.07 |
| C-624 | ATTACHMENT | PALLET FORK ASSY. 48" - EURO Q | K7186 | 1,554.07 | 1,554.07 |
| DM-04 | ATTACHMENT | PLANER FFC - PALADIN | SN#1512085 | 12,530.35 | 12,530.35 |
| M-103 | ATTACHMENT | SANY 135 DRUMCUTTER MOUNT BRAC | B62026 | 3,000.00 | 3,000.00 |
| M-104 | ATTACHMENT | SANY 235 DRUMCUTTER MOUNT BRAC | B62025 | 3,000.00 | 3,000.00 |
| LB-100 | MISC | Laymor Broom | 304797 | 9,660.00 | 9,660.00 |
| | | | | 101,819.63 | 101,819.63 |

## EXHIBIT B

### PARTS INVENTORY

| Part Number | Description    SOS | Hand | Average Cost | Current Cost | Current Cost |
|---|---|---|---|---|---|
| *T1065-72122 | AC CONTROL | 1.00 | 96.31 | 96.31 | 96.31 |
| *V0521-22902 | front Idler | 2.00 | 508.25 | 506.00 | 1,012.00 |
| 1012285 | HOLDER | 48.00 | 8.46 | 9.88 | 474.24 |
| 118004 | TRAILER 4-POLE | 4.00 | 4.89 | 5.99 | 23.96 |
| 15123 | BEARING | 2.00 | 3.60 | 3.60 | 7.20 |
| 15245 | RACE | 2.00 | 1.95 | 1.95 | 3.90 |
| 19405 | DYNAMAT 20SF | 2.00 | 127.18 | 127.18 | 254.36 |
| 25520 | RACE | 2.00 | 2.96 | 2.95 | 5.90 |
| 25580 | BEARING | 2.00 | 4.54 | 4.54 | 9.08 |
| 30519 | 10x32x91 BROOM | 1.00 | 534.60 | 534.60 | 534.60 |
| 305251-00120 | DRIVE COUPLER | 1.00 | 828.44 | 828.44 | 828.44 |
| 3098678 | RZ3-01P BIT | 263.00 | 5.79 | 5.48 | 1,441.24 |
| 387252K | SERVICE KIT | 1.00 | 308.79 | 259.95 | 259.95 |
| 43921394 | OIL FILTER | 2.00 | 23.76 | 23.76 | 47.52 |
| 60342821 | FUEL FILTER | 3.00 | 113.18 | 108.81 | 326.43 |
| 60342824 | OIL FILTER | 3.00 | 60.15 | 55.11 | 165.33 |
| 6728459 | DOOR SENSOR | 1.00 | 31.99 | 31.99 | 31.99 |
| 7410150 | KEY -BATTERY SW | 10.00 | 25.97 | 24.99 | 249.90 |
| 9103309 | OIL SEAL | 2.00 | 11.99 | 11.99 | 23.98 |
| 91458A330 | 8oz 680 LOCTITE | 1.00 | 148.04 | 148.04 | 148.04 |
|  |  | Total | AMER01 AMERICAN EXPRESS | | 5,944.37 |
| 4700281258 | BELT - LG300 | 4.00 | 12.67 | 12.67 | 50.68 |
| 4700377741 | CABLE - CC900G | 1.00 | 117.36 | 117.36 | 117.36 |
| 4700938146 | IGNITION SWITCH | 2.00 | 77.24 | 77.24 | 154.48 |
| 4812034895 | BELT | 2.00 | 118.27 | 119.25 | 238.50 |
| 4812040684 | WEAR SEGME | 4.00 | 45.72 | 45.72 | 182.88 |
| 4812040686 | WEAR SEGME | 6.00 | 45.72 | 45.72 | 274.32 |
| 4812269821 | FUEL PUMP | 1.00 | 147.77 | 147.77 | 147.77 |
|  |  | Total | ATLA01 ATLAS COPCO CONSTRUCTION | | 1,165.99 |
| BF4460 | Seal | 2.00 | 20.16 | 20.16 | 40.32 |
| FF42003 | FUEL FILTER - K | 2.00 | 4.59 | 4.59 | 9.18 |
| HS-231-A | SHIFT CABLE | 1.00 | 60.00 | 63.04 | 63.04 |
| IC-4244 | SEAL KIT | 2.00 | 27.28 | 27.28 | 54.56 |
| LE581022-1 | WIPER ARM | 1.00 | 37.84 | 37.84 | 37.84 |
| P-325-R | SEAL - WINDOW | 5.00 | 1.60 | 1.68 | 8.40 |
| P-353-R | West Coast Styl | 2.00 | 24.07 | 24.00 | 48.00 |
| RC-19 | PIN, CYLINDER | 2.00 | 12.64 | 12.64 | 25.28 |
| T-703-BA | HYDRAULIC CAP | 2.00 | 33.60 | 33.60 | 67.20 |
| WS-145-D | WATER CAP | 4.00 | 26.32 | 26.32 | 105.28 |
| WS-146 | Pump | 1.00 | 126.00 | 126.00 | 126.00 |
| WS-148 | INLINE STRAINER | 2.00 | 25.20 | 25.20 | 50.40 |
| WS-158 | NOZZLE SCREEN | 10.00 | 3.92 | 3.92 | 39.20 |
| 1397 | Double Hose Cla | 3.00 | 2.32 | 2.32 | 6.96 |
| 2-615-2218 | WIPER BLADE 18" | 1.00 | 14.72 | 14.72 | 14.72 |
| 2-615-2226 | WIPER BLADE 26" | 1.00 | 34.88 | 34.88 | 34.88 |
| 25-27 | Seal (Output Sh | 4.00 | 8.96 | 8.96 | 35.84 |
| 202144 | CORE END CAP (D | 1.00 | 69.36 | 69.36 | 69.36 |

| 202569 | PIN, HITCH LOCK | 1.00 | 64.42 | 65.20 | 65.20 |
|---|---|---|---|---|---|
| 202590 | BRACKET, TANK | 1.00 | 10.00 | 21.04 | 21.04 |
| 203125 | MOUNT | 1.00 | 34.00 | 34.00 | 34.00 |
| 203126 | MOUNT | 1.00 | 34.00 | 34.00 | 34.00 |
| 209520 | ROD END | 3.00 | 36.56 | 38.40 | 115.20 |
| 2461 | Pedal Bushing | 4.00 | 2.96 | 3.12 | 12.48 |
| 304099 | RADIATOR HOSE - | 1.00 | 22.32 | 22.32 | 22.32 |
| 304104 | RADIATOR HOSE - | 1.00 | 52.00 | 52.00 | 52.00 |
| 305983 | COIL 3W HITCH | 1.00 | 20.00 | 21.04 | 21.04 |
| 305984 | CARTRIDGE VALVE | 1.00 | 40.00 | 42.00 | 42.00 |
| 305985 | CARTRIDGE VALVE | 1.00 | 52.00 | 54.64 | 54.64 |
| 306160 | HYD FITTING | 1.00 | 2.20 | 2.30 | 2.30 |
| 306902 | TEE 1/2 HOSE BA | 1.00 | 2.48 | 2.64 | 2.64 |
| 307036 | Fuse Block 4 Wa | 2.00 | 7.60 | 8.00 | 16.00 |
| 307901 | Relay 75 AMP | 1.00 | 23.76 | 23.76 | 23.76 |
| 309406 | GAS SPRING BALL | 2.00 | 2.56 | 2.56 | 5.12 |
| 320221 | BEARING | 1.00 | 54.64 | 54.64 | 54.64 |
| 344091 | Exhaust Tailpip | 1.00 | 26.88 | 26.88 | 26.88 |
| 344099 | Muffler Clamp 2 | 2.00 | 4.00 | 4.00 | 8.00 |
| 344124 | GREASE CAP | 2.00 | 6.32 | 6.32 | 12.64 |
| 344125 | BEARING CONE | 1.00 | 16.00 | 16.80 | 16.80 |
| 344126 | BEARING CUP | 1.00 | 6.80 | 7.20 | 7.20 |
| 344128 | BEARING CUP | 2.00 | 7.31 | 8.40 | 16.80 |
| 344129 | BEARING CONE | 2.00 | 12.44 | 16.80 | 33.60 |
| 344130 | SEAL | 1.00 | 8.00 | 8.40 | 8.40 |
| 344183 | FUEL CAP | 2.00 | 21.84 | 21.84 | 43.68 |
| 344220 | MASTER CYLINDER | 1.00 | 101.60 | 101.60 | 101.60 |
| 344247 | FAN BELT | 1.00 | 21.00 | 22.08 | 22.08 |
| 344260 | Exhaust Gasket | 3.00 | 5.60 | 5.60 | 16.80 |
| 345010 | FITTING 3/8MNPT | 1.00 | 2.48 | 2.64 | 2.64 |
| 345011 | FITTING 3/4MNPT | 2.00 | 2.48 | 2.64 | 5.28 |
| 345012 | FITTING 3/4MNPT | 2.00 | 2.48 | 2.64 | 5.28 |
| 345055 | Door Keys Cab | 9.00 | 5.60 | 5.92 | 53.28 |
| 403173 | A/C Switch Roto | 1.00 | 10.56 | 10.56 | 10.56 |
| 403178 | A/C FILTER BROC | 1.00 | 33.60 | 33.60 | 33.60 |
| 4414A | BRAKE SHOE SET | 1.00 | 88.80 | 92.40 | 92.40 |
| 550-5 | Hydraulic Sight | 2.00 | 44.36 | 46.24 | 92.48 |
| 66-01 | WINDSHIELD WASH | 1.00 | 66.86 | 96.64 | 96.64 |
| 80-0017 | FILTER SCREEN | 2.00 | 33.60 | 33.60 | 67.20 |
| 850127 | Exhaust Manifol | 3.00 | 67.20 | 67.20 | 201.60 |
| 850164 | Core Drive End | 1.00 | 40.40 | 42.48 | 42.48 |
| | | Total | BROC01 BROCE MANUFACTURING CO | | 2,432.76 |
| AF25454 | AIR FILT | 2.00 | 53.58 | 53.58 | 107.16 |
| AF25468 | AIR FILT | 2.00 | 31.43 | 31.43 | 62.86 |
| AF25957 | AIR FILTER | 1.00 | 23.37 | 23.37 | 23.37 |
| AF55757 | AIR FILT | 1.00 | 16.49 | 16.49 | 16.49 |
| AF55770 | AIR FILT | 1.00 | 10.97 | 10.97 | 10.97 |
| FF5012 | fuel filter | 21.00 | 4.45 | 4.45 | 93.45 |
| FF5289 | FUEL FILT | 1.00 | 5.75 | 5.75 | 5.75 |
| FF5488 | FUEL FILT | 5.00 | 8.32 | 8.30 | 41.50 |
| FS1091 | FUEL FILT | 1.00 | 44.16 | 44.16 | 44.16 |

| Item | Description | Qty | | | |
|---|---|---|---|---|---|
| FS1093 | FUEL FILT | 1.00 | 55.06 | 55.06 | 55.06 |
| FS19868 | FUEL FILT | 2.00 | 16.73 | 16.73 | 33.46 |
| FS19906 | FUEL FILT | 2.00 | 12.25 | 12.25 | 24.50 |
| HF6167 | HYD FILTER | 6.00 | 9.47 | 9.47 | 56.82 |
| HF6553 | HYDRAULIC FILTE | 2.00 | 29.80 | 29.80 | 59.60 |
| LF16006 | filter | 1.00 | 11.01 | 11.24 | 11.24 |
| LF16106 | OIL FILT | 1.00 | 18.82 | 18.82 | 18.82 |
| LF16243 | OIL FILT | 2.00 | 9.21 | 9.21 | 18.42 |
| LF3000 | OIL FILTER | 2.00 | 21.18 | 21.61 | 43.22 |
| WF2088 | COOLANT FILTER | 2.00 | 0.01 | 0.01 | 0.02 |
| 3944593 | SCREW,HEX | 6.00 | 3.26 | 3.26 | 19.56 |
| 3945252 | SPACER | 6.00 | 3.23 | 3.23 | 19.38 |
| 3963988 | SEAL WASHER | 1.00 | 3.76 | 3.76 | 3.76 |
| | | Total | CUMM01 CUMMINS POWER SOUTH | | 769.57 |
| 19483620 | PICK, DRUMCUTTR | 50.00 | 8.10 | 8.10 | 405.00 |
| | | Total | DRUM01 DRUM CUTTERS INC. | | 405.00 |
| SHIPPING | FREIGHT CHARGE | 1.00 | 381.68 | 381.68 | 381.68 |
| | | Total | EARTH EARTHMOVERS CONSTRUCTIO | | 381.68 |
| GCE1 | STAND,SANYLEVER | 10.00 | 107.54 | 117.50 | 1,175.00 |
| | | Total | GLOB01 GLOBAL CONSTRUCTION EQU | | 1,175.00 |
| D8003-L10 | METRIC CAP LIGH | 12.00 | 2.40 | 2.40 | 28.80 |
| D8003-L12 | METRIC CAP LIGH | 2.00 | 6.21 | 6.21 | 12.42 |
| D8003-L15 | METRIC CAP LIGH | 4.00 | 6.13 | 6.13 | 24.52 |
| D8003-L18 | METRIC CAP LIGH | 4.00 | 7.40 | 7.40 | 29.60 |
| D8003-L22 | METRIC CAP LIGH | 2.00 | 9.36 | 9.36 | 18.72 |
| D8003-L28 | METRIC CAP LIGH | 4.00 | 12.20 | 12.20 | 48.80 |
| D8003-L42 | METRIC CAP LIGH | 2.00 | 31.45 | 31.45 | 62.90 |
| D8003-S08 | METRIC CAP HEAV | 4.00 | 5.26 | 5.26 | 21.04 |
| D8003-S10 | METRIC CAP HEAV | 4.00 | 3.20 | 3.49 | 13.96 |
| D8003-S12 | METRIC CAP HEAV | 5.00 | 3.51 | 3.84 | 19.20 |
| D8003-S14 | METRIC CAP HEAV | 4.00 | 9.81 | 9.71 | 38.84 |
| D8003-S16 | METRIC CAP HEAV | 2.00 | 6.26 | 6.26 | 12.52 |
| D8003-S20 | METRIC CAP HEAV | 2.00 | 18.23 | 18.23 | 36.46 |
| D8003-S25 | METRIC CAP HEAV | 2.00 | 13.64 | 14.23 | 28.46 |
| D8003-S30 | METRIC CAP HEAV | 2.00 | 21.71 | 21.71 | 43.42 |
| D8004-L10 | METRIC PLUG LIG | 11.00 | 4.70 | 4.70 | 51.70 |
| D8004-L15 | METRIC PLUG LIG | 4.00 | 12.91 | 12.91 | 51.64 |
| D8004-L18 | METRIC PLUG LIG | 4.00 | 11.41 | 11.41 | 45.64 |
| D8004-L22 | METRIC PLUG LIG | 2.00 | 15.40 | 15.40 | 30.80 |
| D8004-L28 | METRIC PLUG LIG | 4.00 | 23.48 | 23.48 | 93.92 |
| D8004-L42 | METRIC PLUG LIG | 2.00 | 35.60 | 35.60 | 71.20 |
| D8004-S08 | METRIC PLUG HEA | 4.00 | 9.01 | 5.75 | 23.00 |
| D8004-S10 | METRIC PLUG HEA | 4.00 | 5.85 | 6.38 | 25.52 |
| D8004-S12 | METRIC PLUG HEA | 4.00 | 11.58 | 7.82 | 31.28 |
| D8004-S14 | METRIC PLUG HEA | 4.00 | 9.81 | 10.71 | 42.84 |
| D8004-S16 | METRIC PLUG HEA | 2.00 | 10.73 | 10.73 | 21.46 |
| D8004-S20 | METRIC PLUG HEA | 2.00 | 27.70 | 27.70 | 55.40 |
| D8004-S25 | METRIC PLUG HEA | 2.00 | 26.75 | 27.91 | 55.82 |
| D8004-S30 | METRIC PLUG HEA | 2.00 | 32.96 | 32.96 | 65.92 |
| 8055920-00 | HYD LEAK REPAIR | 1.00 | 204.20 | 204.20 | 204.20 |
| 9522P-04 | M-BSPP PLUG | 5.00 | 2.05 | 2.78 | 13.90 |

| | | | | | |
|---|---|---|---|---|---|
| 9522P-06 | M-BSPP PLUG | 4.00 | 0.98 | 1.07 | 4.28 |
| 9522P-08 | M-BSPP PLUG | 2.00 | 1.66 | 1.66 | 3.32 |
| 9522P-10 | M-BSPP PLUG | 2.00 | 4.80 | 4.80 | 9.60 |
| 9522P-12 | M-BSPP PLUG | 2.00 | 3.23 | 3.23 | 6.46 |
| 9522P-16 | M-BSPP PLUG | 2.00 | 4.06 | 4.06 | 8.12 |
| 9644C-04 | F-BSPP CAP | 5.00 | 2.20 | 2.51 | 12.55 |
| 9644C-06 | F-BSPP CAP | 4.00 | 2.55 | 2.78 | 11.12 |
| 9644C-08 | F-BSPP CAP | 2.00 | 2.98 | 2.98 | 5.96 |
| 9644C-10 | F-BSPP CAP | 2.00 | 5.70 | 5.70 | 11.40 |
| 9644C-12 | F-BSPP CAP | 2.00 | 6.16 | 6.16 | 12.32 |
| 9644C-16 | F-BSPP CAP | 2.00 | 8.25 | 8.25 | 16.50 |
| | | Total | HOSE01 BRIDGESTONE HOSEPOWER L | | 1,425.53 |
| HHV00-51640 | FILTER FUEL, CA | 2.00 | 33.78 | 37.53 | 75.06 |
| HHV00-51920 | FUEL FILTER | 3.00 | 32.44 | 36.05 | 108.15 |
| HH1C0-32430 | OIL FILTER | 4.00 | 8.82 | 10.30 | 41.20 |
| HH150-32430 | OIL FILTER | 3.00 | 6.02 | 6.12 | 18.36 |
| HH151-32430 | OIL FILTER | 9.00 | 11.71 | 7.10 | 63.90 |
| HH152-32432 | OIL FILTER | 12.00 | 8.33 | 6.12 | 73.44 |
| HH160-32093 | OIL FILTER | 9.00 | 7.46 | 8.26 | 74.34 |
| HH164-32430 | OIL FILTER | 7.00 | 6.87 | 7.10 | 49.70 |
| HH166-43560 | FUEL FILTER | 7.00 | 13.98 | 12.99 | 90.93 |
| K7176 | CUTT EDGE | 2.00 | 236.72 | 236.70 | 473.40 |
| K7452 | 54" CUT EDGE | 1.00 | 144.40 | 144.40 | 144.40 |
| K9724 | CUTTING EDGE | 1.00 | 231.38 | 231.38 | 231.38 |
| RA211-51280 | FUEL FILTER | 3.00 | 6.46 | 7.18 | 21.54 |
| RD411-62150 | OIL BREATHER FI | 1.00 | 16.33 | 18.15 | 18.15 |
| RD451-51940 | ASSY ELEMENT | 5.00 | 9.15 | 10.18 | 50.90 |
| RD819-51280 | FUEL FILTER | 4.00 | 18.48 | 20.53 | 82.12 |
| RG138-62150 | SUCTION FILTER | 1.00 | 34.45 | 38.32 | 38.32 |
| R5611-51120 | ASSY CAP,FUEL | 1.00 | 51.29 | 55.45 | 55.45 |
| SS6631 | 68" CUTTING EDG | 3.00 | 261.95 | 219.96 | 659.88 |
| SS6632 | 72" EDGE | 3.00 | 270.76 | 273.76 | 821.28 |
| SS6633 | 80" CUTTING EDG | 2.00 | 288.06 | 292.49 | 584.98 |
| V0521-51940 | ELEMENT | 2.00 | 11.14 | 12.38 | 24.76 |
| 01173-51085 | BOLT | 5.00 | 0.98 | 1.04 | 5.20 |
| 06611-15010 | GREASE FITTING | 25.00 | 1.01 | 1.11 | 27.75 |
| 1J800-43170 | CARTRIDGE,FILTE | 4.00 | 21.43 | 13.97 | 55.88 |
| 1K947-43170 | CARTRIDGE,FILTE | 4.00 | 74.18 | 67.83 | 271.32 |
| 12581-43012 | FUEL FILTER | 2.00 | 4.72 | 5.24 | 10.48 |
| 15221-43170 | FUEL FILTER | 4.00 | 9.58 | 10.07 | 40.28 |
| 15272-72020 | CAP, RADIATOR A | 2.00 | 16.19 | 22.93 | 45.86 |
| 3A111-19130 | AIR FILTER INNE | 4.00 | 7.49 | 8.32 | 33.28 |
| 3T401-64012 | ASSY ALTERNATOR | 1.00 | 790.48 | 214.41 | 214.41 |
| 6C060-99410 | AIR FILTER OUTE | 5.00 | 21.21 | 13.50 | 67.50 |
| 68773-62210 | SUCTION FILTER | 3.00 | 35.45 | 39.63 | 118.89 |
| 69738-66330 | SHIM | 2.00 | 2.67 | 3.13 | 6.26 |
| 70030-01401 | SPRING | 1.00 | 8.57 | 9.03 | 9.03 |
| 70030-01402 | BOLT | 1.00 | 9.94 | 10.46 | 10.46 |
| 77700-01852 | ROLLBACK EXTENS | 7.00 | 50.36 | 53.02 | 371.14 |
| 77700-02029 | BOLT, PLOW .62N | 17.00 | 1.88 | 2.09 | 35.53 |
| 77700-04453 | TOOTH,lαo80 | 7.00 | 26.63 | 26.63 | 186.41 |

| | | | | | |
|---|---|---|---|---|---|
| 77700-04454 | PIN,W/ELASTO ME | 7.00 | 11.39 | 11.39 | 79.73 |
| 77700-06206 | BATTERY,GROUP 6 | 1.00 | 161.74 | 151.16 | 151.16 |
| | | Total | KUBO01 KUBOTA TRACTOR CORPORA | | 5,542.21 |
| LP-820-552C | CUTTING EDGE, 7 | 2.00 | 225.79 | 225.79 | 451.58 |
| LP-820-555C | LAND PRIDE EDGE | 2.00 | 261.80 | 261.80 | 523.60 |
| 319-082S.5 | ONE FORK TINE | 1.00 | 190.36 | 190.36 | 190.36 |
| 4898650 | ROD, CYL | 1.00 | 68.53 | 68.53 | 68.53 |
| 820-554C | CUTTING EDGE | 1.00 | 244.27 | 244.27 | 244.27 |
| 850-191C | SEAL KIT | 1.00 | 50.71 | 50.71 | 50.71 |
| | | Total | LANDPR  LANDPRIDE | | 1,529.05 |
| 10009205 | FRONT WINDSHIEL | 1.00 | 457.90 | 479.15 | 479.15 |
| 10217169 | AIR FILTER -OUT | 1.00 | 56.67 | 60.94 | 60.94 |
| 10221073 | IGNITION KEY | 29.00 | 11.57 | 11.25 | 326.25 |
| 10285639 | 85W-140 5L | 16.00 | 27.12 | 24.26 | 388.16 |
| 10330291 | GEAR OIL HYPOID | 4.00 | 98.97 | 88.75 | 355.00 |
| 10492693 | FILTER 7UM | 4.00 | 47.44 | 51.09 | 204.36 |
| 7412732 | AIR FILTER ELEM | 1.00 | 41.20 | 44.37 | 44.37 |
| 9861249 | KIT,O-RING 32 2 | 1.00 | 315.93 | 587.70 | 587.70 |
| | | Total | LIEB01  LIEBHERR | | 2,445.93 |
| NGK 6535 | SPARK PLUG LT60 | 7.00 | 2.29 | 2.29 | 16.03 |
| 243 | QTGLOBAL A/FREZ | 16.00 | 4.12 | 3.68 | 58.88 |
| 8609 | 3M WINDO-WELD | 2.00 | 15.99 | 28.49 | 56.98 |
| 1344 | OIL FILT | 1.00 | 9.05 | 9.05 | 9.05 |
| 1365 | OIL FILTER | 1.00 | 8.38 | 8.38 | 8.38 |
| 1664 | HYD FILTER | 1.00 | 13.27 | 13.27 | 13.27 |
| 1759 | HYD FILTER | 1.00 | 23.33 | 23.33 | 23.33 |
| 2845 | AIR FILTER | 1.00 | 20.12 | 20.12 | 20.12 |
| 3006 | FUEL FILTER | 2.00 | 3.06 | 3.06 | 6.12 |
| 3263 | FUEL FILTER | 1.00 | 9.94 | 9.88 | 9.88 |
| 3945 | FILTER | 1.00 | 25.46 | 25.46 | 25.46 |
| 6449 | AIR FILTER | 1.00 | 23.03 | 23.03 | 23.03 |
| 6601A | STROBE | 1.00 | 128.43 | 132.55 | 132.55 |
| 7231 | 31S BATTERY | 2.00 | 153.19 | 153.19 | 306.38 |
| 733-5752 | 4" MUFF CLAMP | 1.00 | 5.99 | 5.99 | 5.99 |
| 94993 | PIGTAIL, LIGHT | 1.00 | 2.36 | 2.36 | 2.36 |
| | | Total | NAPA01 Glenn Joiner & Son, Inc. | | 717.81 |
| C33274-24 | VALVE | 1.00 | 457.23 | 457.23 | 457.23 |
| 88893 | TOOTH | 1.00 | 9.93 | 9.93 | 9.93 |
| 88894 | LOCK PIN | 1.00 | 3.82 | 3.82 | 3.82 |
| | | Total | PALA01  PALADIN BRANDS GROUP INC | | 470.98 |
| DYED DIESEL | GALLON | 62.00 | 2.28 | 2.05 | 127.10 |
| | | Total | PORT02  PORT CONSOLIDATED | | 127.10 |
| 16231-64012 | ALTERNATOR, 30A | 1.00 | 129.77 | 129.77 | 129.77 |
| 6C070-59210* | STARTER | 1.00 | 131.33 | 131.33 | 131.33 |
| | | Total | RIV001  RIVERIVERSIDE ALTERNATORS | | 261.10 |
| 31329 | SIDE EDGE | 4.00 | 126.69 | 126.69 | 506.76 |
| 35-40LK | LOCK FOR TOOTH | 2.00 | 2.16 | 2.16 | 4.32 |
| 35PN | PIN FOR TOOTH | 2.00 | 2.41 | 2.41 | 4.82 |
| 35S | TOOTH | 2.00 | 27.87 | 27.87 | 55.74 |
| 7T3408 | PIN, TOOTH | 2.00 | 4.40 | 4.50 | 9.00 |
| 8E8409 | LOCK, TOOTH | 1.00 | 3.35 | 3.48 | 3.49 |

| | | Total | ROMA01  ROMAC INDUSTRIAL PARTS, | | 584.13 |
|---|---|---|---|---|---|
| A229900008232 | SPRING BALANCER | 1.00 | 56.36 | 63.01 | 63.01 |
| A819700000113 | PIPE | 2.00 | 355.40 | 355.40 | 710.80 |
| 11945933 | BUCKET PIN SY3 | 2.00 | 197.86 | 246.82 | 493.64 |
| 60197017 | SY16/35 CAB KEY | 5.00 | 7.91 | 7.91 | 39.55 |
| 60266568 | SY16/35 IGN KEY | 5.00 | 7.62 | 7.62 | 38.10 |
| 60283620 | JOYSTICK SW405K | 1.00 | 1,668.99 | 1,668.99 | 1,668.99 |
| 60342825 | FILTER | 1.00 | 144.76 | 144.76 | 144.76 |
| | | Total | SANY01  SANY AMERICA INC. | | 3,158.85 |
| PBT9622WNP | 96" TUBE CORE/W | 1.00 | 328.05 | 324.80 | 324.80 |
| | | Total | SESC01  SESCO BRUSHES | | 324.80 |
| AF25523 | AIR FILTER | 1.00 | 23.06 | 23.06 | 23.06 |
| AF25962 | AIR FILTER | 1.00 | 33.42 | 32.09 | 32.09 |
| LF16015 | OIL FILTER - CC | 6.00 | 8.62 | 8.62 | 51.72 |
| LF3970 | OIL FILTER CA25 | 1.00 | 7.19 | 7.19 | 7.19 |
| LG400 STARTER | STARTER | 1.00 | 293.64 | 293.64 | 293.64 |
| RB ALTERNATOR | ALTERNATOR | 1.00 | 109.95 | 109.95 | 109.95 |
| 1"X3-1/2" | CUTTING EDGE BO | 8.00 | 0.01 | 0.01 | 0.08 |
| 7/8X3 | BOLT | 25.00 | 3.50 | 3.50 | 87.50 |
| 8-98074288-0 | FUEL FILTER - S | 1.00 | 0.01 | 58.15 | 58.15 |
| | | Total | 999999  MISCELLANEOUS | | 663.38 |
| | | | TOTAL | | 29,525.24 |

**AR AGING REPORT**

| Customer # | Customer Name | | Current | 31-60 | 61-90 | 91-120 | Over 120 | Future | Total |
|---|---|---|---|---|---|---|---|---|---|
| ACCU001 | Accubuilt Construction Co | | | | | | | | |
| | 10/31/2016 | W01678 | | | | | 880.87 | | 880.87 |
| | | Total: | | | | | 880.87 | | 880.87 |
| AGFUELS001 | AGRICULTURAL FUELS CORP | | | | | | | | |
| | 12/9/2017 | R01994 | | | | | 4,244.80 | | |
| | 1/8/2018 | R02054 | | | | | 5,058.75 | | |
| | | Total: | | | | | 9,303.55 | | 9,303.55 |
| ALLST001 | ALLSTATE PAVING, INC. | | | | | | | | |
| | 10/17/2018 | R08154 | | | 356.46 | | | | |
| | | Total: | | | 356.46 | | | | 356.46 |
| ASBY001 | ASBY, INC. | | | | | | | | |
| | 3/26/2018 | R09065 | | | | | 182.88 | | |
| | | Total: | | | | | 182.88 | | 182.88 |
| BROCK001 | BROCKMAN SITE DEVELOPMENT | | | | | | | | |
| | 9/12/2018 | P03227 | | | | 44.09 | | | |
| | 10/12/2018 | P03249 | | | 224.31 | | | | |
| | | Total: | | | 224.31 | 44.09 | | | 268.40 |
| CEJAM001 | CE JAMES INC. | | | | | | | | |
| | 7/10/2017 | R01617 | | | | | (659.00) | | |
| | 8/21/2017 | R01711 | | | | | 3,621.00 | | |
| | 9/20/2017 | R01769 | | | | | 3,621.00 | | |
| | 10/20/2017 | R01864 | | | | | 3,621.00 | | |
| | 1/12/2018 | W03638 | | | | | 1,389.83 | | |
| | | Total: | | | | | 11,593.83 | | 11,593.83 |
| CENTR003 | CENTRAL FLORIDA SITE DEVE | | | | | | | | |
| | 6/1/2017 | R01527 | | | | | 2,468.34 | | |
| | 6/19/2016 | FL PMT | | | | | (1,000.00) | | |
| | | Total: | | | | | 1,468.34 | | 1,468.34 |
| CKE001 | CKE CORP | | | | | | | | |
| | 1/23/2017 | R01249 | | | | | 1,782.00 | | |
| | 1/23/2017 | R01250 | | | | | 2,782.00 | | |
| | 1/23/2017 | R01251 | | | | | 2,782.00 | | |
| | 1/23/2017 | R01252 | | | | | 2,782.00 | | |
| | 1/23/2017 | R01253 | | | | | 5,350.00 | | |
| | 1/23/2017 | R01254 | | | | | 5,350.00 | | |
| | 1/23/2017 | R01255 | | | | | 5,350.00 | | |
| | 1/23/2017 | R01256 | | | | | 5,350.00 | | |
| | 2/17/2017 | R01309 | | | | | 2,782.00 | | |
| | 2/17/2017 | R01310 | | | | | 5,350.00 | | |
| | 3/20/2017 | R01369 | | | | | 2,782.00 | | |
| | 3/20/2017 | R01370 | | | | | 5,350.00 | | |
| | 4/18/2017 | R01423 | | | | | 2,782.00 | | |
| | 4/18/2017 | R01424 | | | | | 722.35 | | |
| | 5/18/2017 | R01486 | | | | | 2,782.00 | | |
| | 6/17/2017 | R01529 | | | | | 2,782.00 | | |
| | 7/17/2017 | R01634 | | | | | 2,782.00 | | |
| | | Total: | | | | | 59,652.35 | | 59,652.35 |
| CREAT001 | Creative Wall & Landscape | | | | | | | | |

| Vendor Code | Vendor Name | Date | Reference | Amount | Total |
|---|---|---|---|---|---|
| | | 9/7/2017 | W03331 | 200.07 | |
| | | 10/16/2017 | R01373 | 3,834.00 | |
| | | 10/20/2017 | R01386 | 1,917.00 | |
| | | 10/25/2017 | W03594 | 265.86 | |
| | | 10/27/2017 | W03618 | 2,730.86 | |
| | | 10/30/2017 | R01910 | 923.36 | |
| | | 11/27/2017 | W03545 | 3,215.46 | |
| | | 11/29/2017 | R02772 | 394.53 | |
| | | | | Total: | 13,470.64 |
| DEVELOP001 | DEVELOPMENT OF CENTRAL FL | | | | |
| | | 8/7/2017 | R01675 | 1,674.71 | |
| | | 9/6/2017 | R01760 | 1,674.71 | |
| | | 11/27/2017 | W03562 | 1,999.20 | |
| | | | | Total: | 5,348.62 |
| DIRTY001 | DIRTY WORK, LLC | | | | |
| | | 9/9/2017 | R01765 | 2,543.45 | |
| | | 10/9/2017 | R01836 | 3,195.00 | |
| | | 11/8/2017 | R01925 | 3,195.00 | |
| | | | | Total: | 8,933.45 |
| EAST001 | Eastwood Tuff Turf | | | | |
| | | 7/20/2017 | R01642 | 2,662.50 | |
| | | 8/19/2017 | R01705 | 2,662.50 | |
| | | | | Total: | 5,325.00 |
| EDEN5001 | EDEN SITE DEVELOPMENT | | | | |
| | | 6/5/2018 | W03635 | 806.90 | |
| | | | | Total: | 806.90 |
| JONMH001 | JON M HALL COMPANY | | | | |
| | | 10/16/2018 | P03250 | 1,780.71 | |
| | | | | Total: | 1,780.71 |
| JWMARSH01 | JW MARSHALL CONSTRUCTION | | | | |
| | | 7/20/2017 | R01641 | 716.90 | |
| | | 8/8/2017 | R01679 | 551.05 | |
| | | | | Total: | 1,267.95 |
| KBCONT001 | KB CONTRACTING CORP | | | | |
| | | 11/9/2016 | R01073 | 2,101.00 | |
| | | 12/9/2016 | R01146 | 2,875.50 | |
| | | 1/3/2017 | R01204 | 2,875.50 | |
| | | 1/24/2017 | R01263 | 86.27 | |
| | | | | Total: | 7,938.27 |
| MASCO001 | MASCO CORPORATION | | | | |
| | | 8/30/2017 | W02970 | 337.49 | |
| | | | | Total: | 337.49 |
| MCG001 | MCGS Services, LLC | | | | |
| | | 11/30/2017 | W03749 | 493.29 | |
| | | 11/30/2017 | W03777 | 753.81 | |
| | | 12/22/2017 | W03778 | 1,393.84 | |
| | | | | Total: | 2,650.94 |
| NEDY001 | Nidy Sports | | | | |
| | | 9/28/2017 | W03424 | 272.04 | |

| Account | Date | Reference | Amount | | | Total |
|---|---|---|---|---|---|---|
| NCI901 | R C JOHNSTON & SON, INC. | Total: | | | 272.04 | 272.04 |
| | 9/16/2017 | R01783 | | | 2,825.66 | |
| | 10/5/2017 | R01831 | | | 1,546.15 | |
| | 10/16/2017 | R01869 | | | 3,141.75 | |
| | 11/14/2017 | R01948 | | | 3,461.25 | |
| | 12/15/2017 | R02023 | | | 3,461.25 | |
| | 1/10/2018 | R02062 | | | (3,461.25) | |
| | | Total: | | | 10,978.80 | 10,978.80 |
| RHSIT001 | RH SITE | | | | | |
| | 11/3/2017 | R01917 | | | 2,726.40 | |
| | 11/10/2017 | R01933 | | | (1,817.96) | |
| | 11/20/2017 | P02738 | | | 44.79 | |
| | | Total: | | | 958.23 | 953.23 |
| RDSE001 | ROSE TREE AND CONSTRUCTIO | | | | | |
| | 12/20/2017 | R02000 | | | 1,979.50 | |
| | 1/9/2018 | R02060 | | | 1,979.50 | |
| | | Total: | | | 3,959.00 | 3,959.00 |
| SLEEL001 | LEE CREST CO. | | | | | |
| | 8/9/2017 | W03222 | | | 1,256.32 | |
| | 8/24/2017 | W03325 | | | 265.86 | |
| | 10/5/2017 | W03490 | | | 1,207.37 | |
| | 11/24/2017 | P02763 | | | 485.64 | |
| | 11/29/2017 | P02773 | | | 19.23 | |
| | | Total: | | | 3,234.42 | 3,234.42 |
| SLLPT001 | SLIP TECH | | | | | |
| | 6/12/2017 | R01552 | | | 2,263.13 | |
| | 6/21/2017 | R01582 | | | (755.09) | |
| | 7/31/2017 | R01664 | | | (0.80) | |
| | | Total: | | | 1,507.24 | 1,507.24 |
| STAGE001 | STAGE DOOR II | | | | | |
| | 10/1/2018 | P03239 | | 641.28 | | |
| | | Total: | | 641.28 | | 641.28 |
| TELETRAC011 | TELETRAC NAVMAN | | | | | |
| | 7/14/2017 | W03116 | | | 120.00 | |
| | | Total: | | | 120.00 | 120.00 |
| TITAND02 | TITAN LAND DEVELOPMENT | | | | | |
| | 4/16/2018 | P03100 | | | 59.30 | |
| | | Total: | | | 99.30 | 99.30 |
| TNTSITE001 | TNT SITE DEVELOPMENT | | | | | |
| | 10/11/2017 | W03449 | | | 271.58 | |
| | | Total: | | | 271.58 | 271.58 |
| WORE001 | W. ORANGE CONSTRUCTION IN | | | | | |
| | 7/31/2017 | R01660 | | | (2.55) | |
| | 8/29/2017 | R01746 | | | 1,437.75 | |
| | 9/26/2017 | R01805 | | | 1,437.75 | |
| | 10/26/2017 | R01904 | | | 1,437.75 | |
| | 11/27/2017 | R01965 | | | 1,077.28 | |
| | | Total: | | | 5,388.48 | 5,388.48 |
| WALKERMN01 | WALKER MILLER EQUIPMENT C | | | | | |
| | 8/29/2018 | P03218 | | | 30.92 | |
| | | Total: | | | 30.92 | 30.92 |
| | 01 Branch Total: | | 2,361.48 | 686.37 | 155,976.69 | 159,022.94 |

## AG FUELS

| INVOICE | INV DATE | DUE DATE | DAYS PAST DUE | AMOUNT UNPAID | JON PAID | JON OWED | MONTH |
|---|---|---|---|---|---|---|---|
| 7000104 | 2/15/2018 | 3/17/2018 | 344 | $ 4,750.00 | $ 3,087.50 | | FEB |
| 7000401 | 3/15/2018 | 4/14/2016 | 316 | $ 4,750.00 | $ 3,087.50 | | MARCH |
| 7000699 | 4/11/2018 | 5/11/2018 | 289 | $ 4,750.00 | $ 3,087.50 | | APRIL |
| 7001039 | 5/9/2018 | 6/8/2018 | 261 | $ 4,750.00 | $ 3,087.50 | | MAY |
| 7001304 | 6/6/2018 | 7/6/2018 | 233 | $ 4,750.00 | $ 3,087.50 | | JUNE |
| 7001651 | 7/9/2018 | 8/8/2018 | 200 | $ 4,750.00 | $ 3,087.50 | | JULY |
| 7001930 | 8/1/2018 | 8/31/2018 | 177 | $ 4,750.00 | $ - | $ 3,087.50 | AUG - HOLDING CHECK |
| | | | TOTALS | $ 33,250.00 | $ 18,525.00 | $ 3,087.50 | |

## CCI CONSTRUCTION OF BREVARD COUNTY

| INVOICE | INV DATE | DUE DATE | DAYS PAST DUE | AMOUNT UNPAID | JON PAID | JON OWED | MONTH |
|---|---|---|---|---|---|---|---|
| 7000035 | 2/5/2018 | 3/7/2018 | 354 | $ 3,550.00 | $ 2,307.50 | | JAN |
| 7000209 | 2/26/2018 | 3/28/2018 | 333 | $ 3,550.00 | $ 2,307.50 | | FEB |
| 7000500 | 3/26/2018 | 4/25/2018 | 305 | $ 3,550.00 | $ 2,307.50 | | MARCH |
| 7000819 | 4/23/2018 | 5/23/2018 | 277 | $ 3,550.00 | $ 2,307.50 | | APRIL |
| 7001168 | 5/21/2018 | 6/20/2018 | 249 | $ 3,550.00 | $ 2,307.50 | | MAY |
| | | | TOTALS | $ 17,750.00 | $ 11,537.50 | | |

## J MCKINNON

| INVOICE | INV DATE | DUE DATE | DAYS PAST DUE | AMOUNT UNPAID | JON PAID | JON OWED | MONTH |
|---|---|---|---|---|---|---|---|
| 7001235 | 5/29/2018 | 6/28/2018 | 241 | $ - | | $ 6,500.00 | MAY - SKIPPED INV |
| 7001471 | 6/4/2018 | 7/4/2018 | 235 | $ 5,500.00 | $ 3,575.00 | | JUNE |
| 7001533 | 6/26/2018 | 7/26/2018 | 213 | $ 10,000.00 | $ 6,500.00 | | JUNE |
| 7001777 | 7/20/2018 | 8/19/2018 | 189 | $ 5,500.00 | $ 3,575.00 | | JULY |
| 7001814 | 7/24/2018 | 8/23/2018 | 185 | $ 10,000.00 | $ 6,500.00 | | JULY |
| 7002160 | 8/4/2018 | 9/3/2018 | 174 | $ 10,000.00 | $ - | $ 6,500.00 | AUG - HOLDING CHECK |
| 7002243 | 8/12/2018 | 9/11/2018 | 166 | $ 8,300.00 | | $ 5,395.00 | SEPT - NO CHECK CUT |
| 7002385 | 9/13/2018 | 10/13/2018 | 134 | $ 5,500.00 | | $ 3,575.00 | SEPT - NO CHECK CUT |
| 7002434 | 9/18/2018 | 10/18/2018 | 129 | $ 10,000.00 | | $ 6,500.00 | SEPT - NO CHECK CUT |

| 7002539 | 9/27/2018 | 10/27/2018 | 120 | $ | 8,300.00 | | $ | 5,395.00 | OCT - NO CHECK CUT |
|---|---|---|---|---|---|---|---|---|---|
| 7002686 | 10/15/2018 | 11/14/2018 | 102 | $ | 5,500.00 | | $ | 3,575.00 | OCT - NO CHECK CUT |
| 7002839 | 10/26/2018 | 11/25/2018 | 91 | | | | $ | 3,575.00 | NOV - NO CHECK CUT |
| | | TOTALS | | $ | 78,600.00 | $ 20,150.00 | $ | 41,015.00 | |

## MILITELLO CONCRETE

| INVOICE | INV DATE | DUE DATE | DAYS PAST DUE | AMOUNT UNPAID | JON PAID | JON OWED | MONTH |
|---|---|---|---|---|---|---|---|
| 4166 | 1/11/2018 | 2/10/2018 | 379 | $ 1,800.00 | $ 1,170.00 | | JAN |
| 7000232 | 2/27/2018 | 3/29/2018 | 332 | $ 1,800.00 | $ 1,170.00 | | FEB |
| 7000447 | 3/19/2018 | 4/18/2018 | 312 | $ 1,800.00 | $ 1,170.00 | | MARCH |
| 7000768 | 4/16/2018 | 5/16/2018 | 284 | $ 1,800.00 | $ 1,170.00 | | APRIL |
| 7001088 | 5/14/2018 | 6/13/2018 | 256 | $ 1,800.00 | $ 1,170.00 | | MAY |
| | | | TOTALS | $ 9,000.00 | $ 5,850.00 | | |

## NORMAN & NORMAN

| INVOICE | INV DATE | DUE DATE | DAYS PAST DUE | AMOUNT UNPAID | JON PAID | JON OWED | MONTH |
|---|---|---|---|---|---|---|---|
| 7000054 | 2/8/2018 | 3/10/2018 | 351 | $ 2,880.00 | $ 1,872.00 | | JAN |
| 7000212 | 2/26/2018 | 3/28/2018 | 333 | $ 2,880.00 | $ 1,872.00 | | FEB |
| 7000502 | 3/26/2018 | 4/25/2018 | 305 | $ 2,880.00 | $ 1,872.00 | | MARCH |
| | | | TOTALS | $ 8,640.00 | $ 5,616.00 | | |

## POWER SWEEP

| INVOICE | INV DATE | DUE DATE | DAYS PAST DUE | AMOUNT UNPAID | JON PAID | JON OWED | MONTH |
|---|---|---|---|---|---|---|---|
| 7000486 | 3/26/2018 | 4/25/2018 | 305 | $ 1,900.00 | $ 1,235.00 | | MARCH |
| 7000670 | 4/9/2018 | 5/9/2018 | 291 | $ 1,500.00 | $ 975.00 | | MARCH |
| | | | TOTALS | $ 3,400.00 | $ 2,210.00 | | |

## ROSE TREE

| INVOICE | INV DATE | DUE DATE | DAYS PAST DUE | AMOUNT UNPAID | JON PAID | JON OWED | MONTH |
|---|---|---|---|---|---|---|---|
| 7000107 | 2/15/2018 | 3/17/2018 | 344 | $ 1,850.00 | $ 1,202.50 | | FEB |

| 7000403 | 3/15/2018 | 4/14/2018 | 316 | $ | 1,850.00 | $ | 1,202.50 | MARCH |
| 7000727 | 4/12/2018 | 5/12/2018 | 288 | $ | 1,850.00 | $ | 1,202.50 | APRIL |
| 7001051 | 5/10/2018 | 6/9/2018 | 260 | $ | 1,850.00 | $ | 1,202.50 | MAY |
| | | TOTALS | | $ | 5,550.00 | $ | 3,607.50 | |

## WHITE'S SITE DEVELOPMENT

| INVOICE | INV DATE | DUE DATE | DAYS PAST DUE | AMOUNT UNPAID | | JON PAID | | JON OWED | MONTH |
|---------|----------|----------|---------------|---------------|--|----------|--|----------|-------|
| 7002455 | 9/20/2018 | 10/20/2018 | 127 | $ | 1,550.00 | $ | - | | SEPT - NO CHECK CUT |
| 7002778 | 10/19/2018 | 11/18/2018 | 98 | $ | 1,550.00 | $ | - | | OCT - NO CHECK CUT |
| 7003044 | 11/15/2018 | 12/15/2018 | 71 | $ | 1,550.00 | $ | - | | NOV - NO CHECK CUT |
| 7003344 | 12/13/2018 | 1/12/2019 | 43 | $ | 1,550.00 | $ | - | | DEC - NO CHECK CUT |
| | | TOTALS | | $ | 6,200.00 | $ | - | | |

$    162,390.00

| Fill in this information to identify the case: |
| --- |

Debtor name **International Iron, LLC**

United States Bankruptcy Court for the: MIDDLE DISTRICT OF FLORIDA

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property          **12/15**

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A — Amount of claim (Do not deduct the value of collateral.) | Column B — Value of collateral that supports this claim |
| --- | --- | --- |

**2.1 CDK Global**
Creditor's Name

Describe debtor's property that is subject to a lien
**3417477 ASP Router PFW Basic; 2271656 WS-C2960-48TC-S MO SVC; 2271680 ASA5505 W/25IPSEC MO SVC; 2271762 APC UPS 1000VA 2U MO SVC; 2271847 HP V1410-8 Switch MO SVC; 4941087 Technician Bundle; 4941217 Payroll Plus; 4941224 Rental Movement Bun**

**4600 Montgomery Road
Cincinnati, OH 45212**
Creditor's mailing address

Describe the lien

Is the creditor an insider or related party?
☑ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

Do multiple creditors have an interest in the same property?
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Column A: **Unknown**    Column B: **Unknown**

**2.2 Deutsche Leasing**
Creditor's Name

Describe debtor's property that is subject to a lien
**L-139 Liebherr Dozer; L-140 Liebherr L586 X Power; L-101Dozer w/6 Way Blade; L-134 Excavator; L-135 Liebherr Dozer; L-136 Liebherr Dozer**

**190 S. Lasalle Street
Suite 2150
Chicago, IL 60603**
Creditor's mailing address

Describe the lien
**Purchase Money Security**

Is the creditor an insider or related party?
☑ No
☐ Yes

**accounting@deutsche-leasing.com**
Creditor's email address, if known

Is anyone else liable on this claim?
☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Date debt was incurred
6/27/17, 7/12/17**

Column A: **$1,174,496.51**    Column B: **$1,099,870.48**

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor  **International Iron, LLC**                                                      Case number (if know) _____
_____
Name

**Last 4 digits of account number**
**2875**

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ■ Unliquidated |
| | ■ Disputed |

---

| 2.3 | **Orange County Tax Collector** | Describe debtor's property that is subject to a lien | $85,845.45 | $0.00 |
|---|---|---|---|---|
| | Creditor's Name | **unpaid tangible taxes** | | |

**PO Box 545100**
**Orlando, FL 32854**
Creditor's mailing address

Describe the lien
_____

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**11/2018**

**Last 4 digits of account number**
**6792**

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.4 | **Reunion Bank** | Describe debtor's property that is subject to a lien | $1,178,674.93 | $131,344.87 |
|---|---|---|---|---|
| | Creditor's Name | **All inventory, equipment, accounts, chattel paper, and general intangibles; See Exhibits A and B attached hereto** | | |

**3615 Clyde Morris Blvd.**
**Port Orange, FL 32129**
Creditor's mailing address

Describe the lien
_____

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**4/10/18**

**Last 4 digits of account number**
**7666**

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.5 | **Sany Capital USA** | Describe debtor's property that is subject to a lien | $657,743.25 | $3,659.46 |
|---|---|---|---|---|
| | Creditor's Name | **Heavy equipment machines - Serial numbers: (S-150) SY0016BG12388** | | |

**318 Cooper Cir.**
**Peachtree City, GA 30269**
Creditor's mailing address

Describe the lien
_____

---

Debtor    **International Iron, LLC**        Case number (if known) _____

Name

---

**Purchase Money Security**

**Is the creditor an insider or related party?**

■ No

☐ Yes

**sliu@sanyamerica.com**

Creditor's email address, if known

**Is anyone else liable on this claim?**

☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**5/26/16, 11/1/16, 5/3/17, 3/30/17, 8/11/17, 8/18/17, 6/19/17**

**Last 4 digits of account number**

**2023**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**

Check all that apply

☐ Contingent

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

■ Unliquidated

☐ Disputed

---

| 2.6 | **US Bank** | Describe debtor's property that is subject to a lien | $367,062.69 | $468,572.16 |
|---|---|---|---|---|

Creditor's Name

**DM-16 Wheel Loader, BB-120 Broom Truck with Kubota Engine, L-105 Wheel Loader with QC**

**PO Box 4689**
**Portland, OR 97208**

Creditor's mailing address

Describe the lien

**Purchase Money Security**

**Is the creditor an insider or related party?**

■ No

**john.phillipi@usbank.com**

Creditor's email address, if known

☐ Yes

**Is anyone else liable on this claim?**

☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**8/23/17, 4/1/17. 6/2/15**

**Last 4 digits of account number**

**4578**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**

Check all that apply

☐ Contingent

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

■ Unliquidated

☐ Disputed

---

3.    **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.** | **$3,463,822.83** |

**Part 2:**    **List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

**If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.**

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Jason W. Johnson**<br>**Lowndes Drosdick Doster**<br>**PO Box 2809**<br>**Orlando, FL 32802-2809** | Line   **2.6** | |
| **Joe A. Joseph**<br>**Burr Forman**<br>**420 North 20th Street**<br>**Suite 3400**<br>**Birmingham, AL 35203** | Line   **2.4** | |

---

Official Form 206D      Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**      page 3 of 4

Debtor    __International Iron, LLC_____    Case number (if know) _____
Name

**Stephen M. Reams**                                                                      Line __2.5__
**Smith Currie**
**2700 Marquis One Tower**
**245 Peachtree Center Ave NE**
**Atlanta, GA 30303**

**Vincent T. Borst**                                                                       Line __2.2__
**Robbins Salomon & Patt Ltd**
**180 North LaSalle Street**
**Suite 3300**
**Chicago, IL 60601**

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

| Fill in this information to identify the case: |
|---|

Debtor name   **International Iron, LLC**

United States Bankruptcy Court for the:   MIDDLE DISTRICT OF FLORIDA

Case number (if known)  _____

☐ Check if this is an
   amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                        12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

    ☐ No. Go to Part 2.

    ☐ Yes. Go to line 2.

### Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3.  List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
    out and attach the Additional Page of Part 2.

|  | | Amount of claim |
|---|---|---|

| 3.1 | **Nonpriority creditor's name and mailing address**<br>**American Express**<br>**PO Box 650448**<br>**Dallas, TX 75265-0448**<br><br>Date(s) debt was incurred  1/2019<br><br>Last 4 digits of account number  4006 | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  Credit card purchases<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$131.00** |
| 3.2 | **Nonpriority creditor's name and mailing address**<br>**CDK Global**<br>**4600 Montgomery Road**<br>**Cincinnati, OH 45212**<br><br>Date(s) debt was incurred  11/30/2018<br><br>Last 4 digits of account number  0772 | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  dealer system equipment/lease<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$5,911.47** |
| 3.3 | **Nonpriority creditor's name and mailing address**<br>**Clear Channel Outdoor**<br>**PO Box 402379**<br>**Atlanta, GA 30384-2379**<br><br>Date(s) debt was incurred  2/5/18, 3/5/18<br><br>Last 4 digits of account number  5878 | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  Contract for billboard<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$18,172.85** |
| 3.4 | **Nonpriority creditor's name and mailing address**<br>**Earthmovers Construction**<br>**2325 Clark Street**<br>**Orlando, FL 32819**<br><br>Date(s) debt was incurred  7/27/18, 8/27/18,<br>9/17/18, 9/27/18, 10/16/18<br><br>Last 4 digits of account number  5856 | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  Trade debt<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$4,223.96** |

| Debtor | **International Iron, LLC** | Case number _(if known)_ | |
|---|---|---|---|
| | Name | | |

---

**3.5** | **Nonpriority creditor's name and mailing address**
**Ford Motor Credit Co LLC**
**PO Box 680020 MD 610**
**Franklin, TN 37068**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: _Check all that apply._ $0.00

☐ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:** UCC-1 that should have been terminated

Is the claim subject to offset? ■ No ☐ Yes

---

**3.6** | **Nonpriority creditor's name and mailing address**
**Great Plains Manufacturing**
**1525 E. North Street**
**PO Box 5060**
**Salina, KS 67402-5060**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: _Check all that apply._ $0.00

☐ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:** UCC-1 that should have been terminated

Is the claim subject to offset? ■ No ☐ Yes

---

**3.7** | **Nonpriority creditor's name and mailing address**
**Iberiabank**
**1101 East Admiral Doyle Dr**
**PO Box 12440**
**New Iberia, LA 70562-2440**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: _Check all that apply._ $0.00

☐ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:** UCC-1 that should have been terminated

Is the claim subject to offset? ■ No ☐ Yes

---

**3.8** | **Nonpriority creditor's name and mailing address**
**Kubota Credit Corporation**
**4400 Amon Carter Blvd.**
**Suite 100**
**Fort Worth, TX 76155**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: _Check all that apply._ $0.00

☐ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:** UCC-1 that should have been terminated

Is the claim subject to offset? ■ No ☐ Yes

---

**3.9** | **Nonpriority creditor's name and mailing address**
**Kubota Credit Corporation US**
**PO Box 2046**
**Grapevine, TX 76099**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: _Check all that apply._ $0.00

☐ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:** UCC-1 that should have been terminated

Is the claim subject to offset? ■ No ☐ Yes

---

**3.10** | **Nonpriority creditor's name and mailing address**
**Kubota Tractor Corporation**
**1025 Northbrook Parkway**
**Suwanee, GA 30024**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: _Check all that apply._ $0.00

☐ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:** UCC-1 that should have been terminated

Is the claim subject to offset? ■ No ☐ Yes

---

**3.11** | **Nonpriority creditor's name and mailing address**
**Liebherr**
**4100 Chestnut Ave.**
**Newport News, VA 23607**

**Date(s) debt was incurred** 12/2017 - 9/2018

**Last 4 digits of account number** 1363

As of the petition filing date, the claim is: _Check all that apply._ $78,522.53

☐ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:** Trade debt

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor    **International Iron, LLC**
_____
Name                                              Case number (if known) _____

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Mining, Rock Excavation & Co**
**3700 E 68th Avenue**
**Commerce City, CO 80022**

☐ Contingent
☐ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  UCC-1 that should have been terminated

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5,182.85** |
|---|---|---|---|

**National Equipment Dealers**
**Dept. 720049**
**PO Box 1335**
**Charlotte, NC 28201-1335**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number**  5856

Basis for the claim:  Trade debt

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Old Florida National Bank**
**520 W. Hwy 436**
**Suite 1102**
**Altamonte Springs, FL 32714**

☐ Contingent
☐ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  UCC-1 that should have been terminated

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,518.00** |
|---|---|---|---|

**Whitehead**
**PO Box 940096**
**Maitland, FL 32794-0096**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  Insurance Invoices

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$9,035.00** |
|---|---|---|---|

**Withum**
**PO Box 5340**
**Princeton, NJ 08543**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  Professional services

Is the claim subject to offset? ■ No ☐ Yes

---

**Part 3:    List Others to Be Notified About Unsecured Claims**

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Iberiabank**<br>**520 W HWY 436**<br>**Suite 1102**<br>**Altamonte Springs, FL 32714** | Line  3.7<br><br>☐ Not listed. Explain ____ | _ |
| 4.2 | **National Equipment Dealers**<br>**215 Woodside Drive**<br>**Lexington, NC 27292** | Line  3.13<br><br>☐ Not listed. Explain ____ | _ |

---

**Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims**

Debtor    **International Iron, LLC**
_____
Name

Case number (if known) _____

**5.  Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ 0.00 |
| **5b. Total claims from Part 2** | 5b. + | $ 124,697.66 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ 124,697.66 |

**Fill in this information to identify the case:**

Debtor name  **International Iron, LLC**

United States Bankruptcy Court for the:  MIDDLE DISTRICT OF FLORIDA

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases            12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal*                *Property*
    (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1.** State what the contract or lease is for and the nature of the debtor's interest  **CDK Master Lease Service Agreement** | |
| State the term remaining  **Expires 7/2019** | **CDK Global LLC** |
| List the contract number of any government contract | **1950 Hassell Road** **Hoffman Estates, IL 60169** |
| **2.2.** State what the contract or lease is for and the nature of the debtor's interest  **rental split agreement/yard usage** | |
| State the term remaining | **Earthmovers Construction** |
| List the contract number of any government contract | **2325 Clark Street** **Orlando, FL 32819** |
| **2.3.** State what the contract or lease is for and the nature of the debtor's interest  **Lease on L-139 Liebherr Dozer and L-140 Liebherr L586** | |
| State the term remaining | **J McKinnon Inc.** |
| List the contract number of any government contract | **1011 US Hwy 27** **Clermont, FL 34714** |
| **2.4.** State what the contract or lease is for and the nature of the debtor's interest  **Lease on equipment S-150** | |
| State the term remaining | **West Orange Construction Inc** **Wade Russell** |
| List the contract number of any government contract | **628 Windermere Rd** **Winter Garden, FL 34787** |

Debtor 1   **International Iron, LLC**                                    Case number *(if known)* _____
     First Name     Middle Name     Last Name

### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.5.** State what the contract or lease is for and the nature of the debtor's interest     **Lease on equipment BB-120**

    State the term remaining

    List the contract number of any government contract

**White's Site Development**
**4000 Nyah White Cove**
**Sanford, FL 32771**

**2.6.** State what the contract or lease is for and the nature of the debtor's interest     **possible internet provider**

    State the term remaining

    List the contract number of any government contract

**Windstream**
**Attn: Customer Care**
**PO Box 3177**
**Cedar Rapids, IA 52406-3177**

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **International Iron, LLC**

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF FLORIDA

Case number (if known) _____

☐ Check if this is an
   amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                              12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1  **Jon M. Hall, Jr.** | **2325 Clark Street**<br>**Apopka, FL 32703** | **US Bank** | ■ D  __2.6__<br>☐ E/F  _____<br>☐ G  _____ |
| 2.2  **Jon M. Hall, Jr.** | **2325 Clark Street**<br>**Apopka, FL 32703** | **Deutsche Leasing** | ■ D  __2.2__<br>☐ E/F  _____<br>☐ G  _____ |
| 2.3  **Jon M. Hall, Jr.** | **2325 Clark Street**<br>**Apopka, FL 32703** | **Reunion Bank** | ■ D  __2.4__<br>☐ E/F  _____<br>☐ G  _____ |
| 2.4  **Jon M. Hall, Jr.** | **2325 Clark Street**<br>**Apopka, FL 32703** | **American Express** | ☐ D  _____<br>■ E/F  __3.1__<br>☐ G  _____ |
| 2.5  **Marion Aultman** | **212 S. Shadowbay Blvd.**<br>**Longwood, FL 32779-4842** | **Sany Capital USA** | ■ D  __2.5__<br>☐ E/F  _____<br>☐ G  _____ |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                Best Case Bankruptcy

| Fill in this information to identify the case: |
|---|

Debtor name    **International Iron, LLC**

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF FLORIDA

Case number (if known)    _____

☐ Check if this is an
    amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy     04/16

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1:**    Income

1. **Gross revenue from business**

   ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **For prior year:**<br>From **1/01/2018** to **12/31/2018** | ■ Operating a business<br>☐ Other _____ | **$3,294,782.51** |
| **For year before that:**<br>From **1/01/2017** to **12/31/2017** | ■ Operating a business<br>☐ Other _____ | **$13,391,151.00** |
| **For the fiscal year:**<br>From **1/01/2016** to **12/31/2016** | ■ Operating a business<br>☐ Other _____ | **$14,919,262.43** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ☐ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|
| **For prior year:**<br>From **1/01/2018** to **12/31/2018** | **Interest Income, Insurance Refunds, A/R Recoveries** | **$30,807.72** |
| **For year before that:**<br>From **1/01/2017** to **12/31/2017** | **Interest Income, Insurance Refunds, A/R Recoveries** | **$50,983.41** |
| **For the fiscal year:**<br>From **1/01/2016** to **12/31/2016** | **Interest Income, Insurance Refunds, A/R Recoveries** | **$7,498.97** |

**Part 2:**    List Certain Transfers Made Before Filing for Bankruptcy

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

| Debtor | International Iron, LLC | | Case number *(if known)* | |
|---|---|---|---|---|

3. **Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None.

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|---|
| 3.1. | **Reunion Bank**<br>**3615 Clyde Morris Blvd.**<br>**Port Orange, FL 32129** | **10/10/18,**<br>**11/9/18,**<br>**12/10/18** | **$61,411.96** | ■ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.2. | **US Bank**<br>**PO Box 4689**<br>**Portland, OR 97208** | **12/20/18** | **$16,185.00** | ■ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.3. | **Earthmovers Construction**<br>**Dept. 720049**<br>**PO Box 1335**<br>**Charlotte, NC 28201** | **11/5/18** | **$11,951.96** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.4. | **Broce Manufacturing Co.**<br>**1460 S. 2nd Ave**<br>**Dodge City, KS 67801** | **11/5/18** | **$6,752.94** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.5. | **Deutsche Leasing**<br>**190 S. Lasalle Street**<br>**Suite 2150**<br>**Chicago, IL 60603** | **10/9/18** | **$10,075.00** | ■ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.6. | **Sany Capital USA**<br>**318 Cooper Circle**<br>**Peachtree City, GA 30269** | **10/9/18** | **$10,270.00** | ■ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

| Debtor | **International Iron, LLC** | | Case number *(if known)* | |
|---|---|---|---|---|

**4.** **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

■ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

**5.** **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☐ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|
| **Sany Capital USA<br>318 Cooper Cir.<br>Peachtree City, GA 30269** | **Equipment - Serial # 2320718, # X/GPB-4582-602750815, # X/GPB-4577602750815, # SY04811F1609140002, # 29213-06S, # 29213-055, # HNHH-5627-24/601116M, # SY036MBG80378, # SY021DBGR9218, # SY036MBG80828, # SY036MBG80638, # SY0501BG00188, # SY036MBG80908, # SY036MBG81058, # SY036MBG80968, and # SY036MBG80988;  It is unclear if collateral has been sold.** | | **$1,490,711.85** |
| **Deutsche Leasing<br>190 S. Lasalle Street<br>Suite 2150<br>Chicago, IL 60603** | **L-101Dozer w/6 Way Blade; L-134 Excavator; L-135 Liebherr Dozer; L-136 Liebherr Dozer;  It is unclear if collateral has been sold.** | | **$637,547.77** |

**6.** **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None.

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

| **Part 3:** | Legal Actions or Assignments |
|---|---|

**7.** **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **International Iron, LLC v AMCO Development, Inc.<br>2018-CC-010206-O** | **collection** | **County Court, Orange County, FL<br>425 N. Orange Avenue<br>Orlando, FL 32801** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

Debtor    **International Iron, LLC**                                    Case number *(if known)*

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.2. | **International Iron, LLC v CKE Corp**<br>**2018-CA-008320-O** | collection | **Circuit Court, Orange County, FL**<br>**425 N. Orange Avenue**<br>**Orlando, FL 32801** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.3. | **International Iron, LLC v Dirty Work**<br>**2018-CC-010212-O** | Collection | **County Court, Orange County, FL**<br>**425 N. Orange Avenue**<br>**Orlando, FL 32801** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.4. | **International Iron, LLC v Eastwood Tuff Turf of Central Florida, Inc.**<br>**2018-SC-020268-O** | collection | **Small Claims, Orange County, FL**<br>**425 N. Orange Avenue**<br>**Orlando, FL 32801** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.5. | **International Iron, LLC v Florida Oaks Mulch, LLC**<br>**2018-CA-008327-O** | collection | **Circuit Court, Orange County, FL**<br>**425 N. Orange Avenue**<br>**Orlando, FL 32801** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.6. | **International Iron, LLC v R C Johnston & Son, Inc.**<br>**2018-CC-010215-O** | Collection | **County Court, Orange County, FL**<br>**425 N. Orange Avenue**<br>**Orlando, FL 32801** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.7. | **International Iron, LLC v Sterling Silver Scape & Sod, Inc.**<br>**2018-CC-10214-O** | collection | **County Court, Orange County, FL**<br>**425 N. Orange Avenue**<br>**Orlando, FL 32801** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.8. | **Deutsche Leasing, Inc. v International Iron, LLC and Jon M. Hall, Jr.**<br>**1:18-cv-07982** | collection | **United States District Court Northern District of Illinois**<br>**219 South Dearborn Street**<br>**Chicago, IL 60604** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.9. | **Sany Capital USA, Inc. v International Iron LLC and Marion M. Aultman**<br>**6:19-cv-00097-PGB-KRS** | collection | **United States District Court Middle District of Florida**<br>**401 West Central Blvd.**<br>**Orlando, FL 32801** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.10. | **International Iron, LLC vs Kubota Tractor Corporation**<br>**6:18-cv-02086** | collection | **United States District Court Middle District of Florida Orlando Division**<br>**401 West Central Blvd.**<br>**Orlando, FL 32801** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

8. **Assignments and receivership**
   List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

   ■ None

| Part 4: | Certain Gifts and Charitable Contributions |
|---|---|

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

| Debtor | International Iron, LLC | Case number (if known) | |
|---|---|---|---|

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

## Part 5:    Certain Losses

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | Dates of loss | Value of property lost |
|---|---|---|---|

## Part 6:    Certain Payments or Transfers

11. **Payments related to bankruptcy**
   List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Winderweedle Haines Ward & Woodman PA**<br>**PO Box 880**<br>**Winter Park, FL 32790-0880** | **Attorney Fees** | **12/20/18** | **$45,000.00** |
| | **Email or website address**<br>**aroy@whww.com** | | | |
| | **Who made the payment, if not debtor?** | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
   List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
   Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
   List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer?<br>Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

## Part 7:    Previous Locations

14. **Previous addresses**

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor   **International Iron, LLC**                                                Case number *(if known)*

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

## Part 8:   Health Care Bankruptcies

15. **Health Care bankruptcies**
    Is the debtor primarily engaged in offering services and facilities for:
    - diagnosing or treating injury, deformity, or disease, or
    - providing any surgical, psychiatric, drug treatment, or obstetric care?

    ■ No. Go to Part 9.
    ☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

## Part 9:   Personally Identifiable Information

16. **Does the debtor collect and retain personally identifiable information of customers?**

    ☐ No.
    ■ Yes. State the nature of the information collected and retained.

    **Copy of Driver License, Social Security Number and Financial Statements**

    Does the debtor have a privacy policy about that information?
    ■ No
    ☐ Yes

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

    ☐ No. Go to Part 10.
    ■ Yes. Does the debtor serve as plan administrator?

    ☐ No Go to Part 10.
    ■ Yes. Fill in below:

    | Name of plan | Employer identification number of the plan |
    |---|---|
    | Jon M. Hall Co. Inc. 401(K) Plan | EIN:  27-2902465 |

    Has the plan been terminated?
    ☐ No
    ■ Yes

## Part 10:   Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

18. **Closed financial accounts**
    Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
    Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

    ☐ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

Debtor    **International Iron, LLC**                                              Case number *(if known)*

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | **Iberia Bank** | **XXXX-5605** | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | **11/21/18** | **$1,780.42** |

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

**Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

**Part 12:    Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22.    Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

| Debtor | International Iron, LLC | Case number *(if known)* | |
|---|---|---|---|

- ■ No.
- ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

- ■ No.
- ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.
Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. Dates business existed |
|---|---|---|

**26. Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26a.1.    **Monica Baptista**<br>**2325 Clark Street**<br>**Apopka, FL 32703** | **2017/2018** |
| 26a.2.    **Withum CPA**<br>**200 S. Orange Avenue**<br>**Suite 1200**<br>**Orlando, FL 32801** | **2016/2017** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement
within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.    **Earthmovers Construction**<br>**2325 Clark Street**<br>**Orlando, FL 32819** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial
statement within 2 years before filing this case.

☐ None

| Name and address |
|---|

Debtor    **International Iron, LLC**                                                      Case number *(if known)*

| Name and address |
| --- |

| 26d.1. | **Reunion Bank**<br>**3615 Clyde Morris Blvd.**<br>**Port Orange, FL 32129** |
| --- | --- |
| 26d.2. | **US Bank**<br>**PO Box 4689**<br>**Portland, OR 97208** |
| 26d.3. | **Deutsche Leasing**<br>**190 S. Lasalle Street**<br>**Suite 2150**<br>**Chicago, IL 60603** |
| 26d.4. | **Sany Capital USA**<br>**318 Cooper Cir.**<br>**Peachtree City, GA 30269** |
| 26d.5. | **Kubota Tractor Corporation**<br>**1025 Northbrook Parkway**<br>**Suwanee, GA 30024** |

27. **Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
| --- | --- | --- |

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
| --- | --- | --- | --- |
| Jon M. Hall, Jr. | 2325 Clark Street<br>Apopka, FL 32703 | President/Manager | |

| Name | Address | Position and nature of any interest | % of interest, if any |
| --- | --- | --- | --- |
| Jon Mark Hall, Jr.<br>Revocable Trust | 2325 Clark Street<br>Apopka, FL 32703 | | 100% |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
■ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
| --- | --- | --- | --- |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

Debtor   **International Iron, LLC**                               Case number *(if known)*

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | **Jon M. Hall, Jr.**<br>**2325 Clark Street**<br>**Apopka, FL 32703** | **$1,780.42** | **11/21/18** | **Bank account closed and the bank transferred the money to his personal account.** |
| | Relationship to debtor<br>**Manager** | | | |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| | |

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☐ No
☑ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the parent corporation |
|---|---|
| **Jon M. Hall Co., Inc. 401(k) Plan** | EIN:    27-2902465 |

| Part 14: | Signature and Declaration |
|---|---|

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **February  1, 2019**

**/s/ Jon M. Hall, Jr.**                                **Jon M. Hall, Jr.**
Signature of individual signing on behalf of the debtor      Printed name

Position or relationship to debtor    **Manager**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☑ No
☐ Yes

# United States Bankruptcy Court
## Middle District of Florida

In re    **International Iron, LLC**                     Case No.                             
                                      Debtor(s)                    Chapter    **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
| --- | --- | --- | --- |
| -NONE- | | | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

        I, the **Manager** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date    **February  1, 2019**                     Signature   **/s/ Jon M. Hall, Jr.**
                                                                     **Jon M. Hall, Jr.**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## Middle District of Florida

In re   **International Iron, LLC**                        Case No.
                                            Debtor(s)             Chapter     **11**

# VERIFICATION OF CREDITOR MATRIX

I, the Manager of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    **February  1, 2019**                  **/s/ Jon M. Hall, Jr.**

                                             **Jon M. Hall, Jr./Manager**
                                             Signer/Title

International Iron, LLC
2325 Clark Street
Apopka FL 32703

Great Plains Manufacturing
1525 E. North Street
PO Box 5060
Salina KS 67402-5060

Kubota Tractor Corporation
1025 Nortbrook Parkway
Suwanee GA 30024

C. Andrew Roy
Winerweedle Haines Ward & Woodman PA
PO Box 880
Winter Park, FL 32790-0880

Iberiabank
4101 East Admiral Doyle Dr
PO Box 12440
New Iberia LA 70562-2440

Liebherr
4100 Chestnut Ave.
Newport News VA 23607

American Express
PO Box 650448
Dallas TX 75265-0448

Iberiabank
520 W HWY 436
Suite 1102
Altamonte Springs FL 32714

Marion Aultman
212 S. Shadowbay Blvd.
Longwood FL 32779-4842

CDK Global
4600 Montgomery Road
Cincinnati OH 45212

J McKinnon Inc.
1011 US Hwy 27
Clermont FL 34714

Mining, Rock Excavation & Co
3700 E 68th Avenue
Commerce City CO 80022

CDK Global LLC
1950 Hassell Road
Hoffman Estates IL 60169

Jason W. Johnson
Lowndes Drosdick Doster
PO Box 2809
Orlando FL 32802-2809

National Equipment Dealers
Dept. 720049
PO Box 1335
Charlotte NC 28201-1335

Clear Channel Outdoor
PO Box 402379
Atlanta GA 30384-2379

Joe A. Joseph
Burr Forman
420 North 20th Street
Suite 3400
Birmingham AL 35203

National Equipment Dealers
215 Woodside Drive
Lexington NC 27292

Deutsche Leasing
190 S. Lasalle Street
Suite 2150
Chicago IL 60603

Jon M. Hall, Jr.
2325 Clark Street
Apopka FL 32703

Old Florida National Bank
520 W. Hwy 436
Suite 1102
Altamonte Springs FL 32714

Earthmovers Construction
2325 Clark Street
Orlando FL 32819

Kubota Credit Corporation
4400 Amon Carter Blvd.
Suite 100
Fort Worth TX 76155

Orange County Tax Collector
PO Box 545100
Orlando FL 32854

Ford Motor Credit Co LLC
PO Box 680020 MD 610
Franklin TN 37068

Kubota Credit Corporation US
PO Box 2046
Grapevine TX 76099

Reunion Bank
3615 Clyde Morris Blvd.
Port Orange FL 32129

Sany Capital USA
318 Cooper Cir.
Peachtree City GA 30269


Stephen M. Reams
Smith Currie
2700 Marquis One Tower
245 Peachtree Center Ave NE
Atlanta GA 30303

US Bank
PO Box 4689
Portland OR 97208


Vincent T. Borst
Robbins Salomon & Patt Ltd
180 North LaSalle Street
Suite 3300
Chicago IL 60601

West Orange Construction Inc
Wade Russell
628 Windermere Rd
Winter Garden FL 34787


White's Site Development
4000 Nyah White Cove
Sanford FL 32771


Whitehead
PO Box 940096
Maitland FL 32794-0096


Windstream
Attn: Customer Care
PO Box 3177
Cedar Rapids IA 52406-3177


Withum
PO Box 5340
Princeton NJ 08543

# United States Bankruptcy Court
## Middle District of Florida

In re    **International Iron, LLC** _____    Case No. _____

                                                 Debtor(s)    Chapter    **11** _____

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **International Iron, LLC**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**February  1, 2019** _____
Date

**/s/ C. Andrew Roy** _____
**C. Andrew Roy 91629**
Signature of Attorney or Litigant
Counsel for    **International Iron, LLC** _____
**Winderweedle Haines Ward & Woodman PA**
**PO Box 880**
**Winter Park, FL 32790-0880**
**407-423-4246 Fax:407-645-3728**
**aroy@whww.com**